**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| In re:<br><br>EUGENE R. AND MARY ANN COOK,<br><br>Debtors | Chapter 13 Bankruptcy<br><br>Bankruptcy No. 16-13630  SR |

**AMENDED CHAPTER 13 PLAN**

1. The Debtors shall pay the sum of $14,630.00 to the Chapter 13 Trustee, as follows:

    a. The sum of $3,850.00 has already been paid to the Chapter 13 Trustee.

    b. Starting on May 20, 2017 the future earnings of the Debtors will be submitted to the supervision of and control of the Trustee, and the Debtors shall pay to the Trustee the sum of $220.00 monthly for a period of 49 months.

2. From the payments so received, the Trustee shall make disbursements as follows:

    a. Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. Section 507, as follows:

        i. Trustee's commissions.

        ii. Approved attorney's fees for services rendered by Hartman, Valeriano, Magovern & Lutz, P.C. in this bankruptcy proceeding.

    b. Holders of allowed secured claims shall retain the liens securing such claims and shall be provided for as follows:

        i. CIT Bank, N.A. (Reverse mortgage on the Debtors' residential real estate) (Proof of Claim No. 22):  Pre-petition arrears will be paid through the Plan.  Payments arising post-petition will be paid outside the Plan.

        ii. Ally Financial (Secured by the Debtors' 2015 Volkswagen Jetta) (Proof of Claim No. 2):  The creditor is current.  Payments arising post-petition will be paid outside the Plan.

        iii. Springleaf Financial Services (Secured by the Debtors' 1998 Dodge RAM) (Proof of Claim No. 9):  The creditor will be allowed to exercise its state law rights, if any, to repossess the collateral, if any, securing its claim.

    iv. Chester County Tax Claim Bureau (Real estate taxes) (Proof of Claim No. 23): The entire claim will be paid through the Chapter 13 Plan.

  c. Subsequent to dividends to secured creditors, dividends to unsecured creditors whose claims are duly allowed shall be paid pro rata.

3. The following executory contracts of the Debtors are rejected: None.

4. Title to the Debtor's' property shall revest in the Debtors upon the closing of the case.

Date:  April 28, 2017

          **Respectfully submitted,**

          **Hartman, Valeriano, Magovern & Lutz, PC**

     **by:** /s/ George M. Lutz
          _____
          **George M. Lutz, Esquire**
          **1100 Berkshire Boulevard, Suite 301**
          **Wyomissing, PA  19610**
          **Pa. Attorney ID No.: 46437**