# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### READING DIVISION

| | |
|---|---|
| **In re:**  **EUGENE R. AND MARY ANN COOK,**  **Debtors** | **Chapter 13 Bankruptcy**  **Bankruptcy No. 16-13630 SR** |

## ADDENDUM TO AMENDED CHAPTER 13 PLAN

The Debtors hereby file this Addendum to the Amended Chapter 13 Plan, and state as follows:

Any nonexempt proceeds received or to be received by the Debtors arising from the cause of action listed at Schedule B, No. 33, shall be turned over to the Chapter 13 Trustee for distribution to creditors.

**Date:** July 25, 2017

**Respectfully submitted,**

**Hartman, Valeriano, Magovern & Lutz, PC**

**by:**   /s/ George M. Lutz
_____
**George M. Lutz, Esquire**
**1100 Berkshire Boulevard, Suite 301**
**Wyomissing, PA  19610**
**Pa. Attorney ID No.: 46437**
**Phone:  610-372-9900**
**Fax:     610-372-5469**